| D/KS Prob. 22 (Rev 06/13) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Trans. Court) PACTS# 13373 |
|---|---|---|
| | | 1083 5:00CR40024-008 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 6:26-cr-03141-MBB |

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: | DISTRICT District of Kansas | DIVISION Kansas City |
|---|---|---|
| Carroll James Flowers | NAME OF SENTENCING JUDGE Honorable Sam A. Crow | |

| DATES OF PROBATION / SUPERVISED RELEASE: | FROM 01/25/2019 | TO 01/24/2050 |
|---|---|---|

OFFENSE:

Controlled Substance - Sell - Distribute - Or Dispense in violation of 21 U.S.C. § 841C, Class A Felony

JUSTIFICATION/REASON FOR TRANSFER:

The defendant has a prior case in the Western Missouri District. Transfer of jurisdiction is advantageous for the person under supervision for supervision purposes.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the court to the United States District Court for the District of Western Missouri upon that court's order of acceptance of jurisdiction.

This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

07/10/2026
*Date*

s/ Daniel D. Crabtree
*United States District Judge*

*This sentence may be deleted at the discretion of the transferring court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WESTERN MISSOURI

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

July 14, 2026
*Effective Date*

s/ Megan Blair Benton
*United States District Judge*